■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE HERNANDEZ, Appellant. [972 NYS2d 913]—Appeal by the defendant from a resentence of the Supreme Court, Queens County (Modica, J.), imposed February 1, 2012, upon his conviction of assault in the first degree (two counts), the resentence being a period of postrelease supervision in addition to the determinate term of imprisonment previously imposed on August 25, 2000.

Ordered that the resentence is affirmed.

Inasmuch as the defendant had not yet completed serving his originally imposed sentence of imprisonment when he was resentenced, his resentencing to a term including the statutorily required period of postrelease supervision did not violate the double jeopardy and due process clauses of the United States Constitution (*see People v Lingle*, 16 NY3d 621, 630-632 [2011]; *People v Jiggetts*, 108 AD3d 641 [2013]; *People v Wheeler*, 108 AD3d 646 [2013]; *People v Dawkins*, 87 AD3d 550 [2011]; *People v Harris*, 86 AD3d 543 [2011]).

Further, the resentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Skelos, J.P., Hall, Cohen and Hinds-Radix, JJ., concur.